**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JAMIE LOPEZ,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 3:24-CV-00567-E** |
| | § | |
| **NORTH AMERICAN COMPANY** | § | |
| **FOR LIFE AND HEALTH** | § | |
| **INSURANCE and BESTOW** | § | |
| **AGENCY, LLC,** | § | |
| | § | |
| *Defendants.* | § | |

<u>**JOINT STIPULATION AND ORDER FOR DISMISSAL**</u>

The parties stipulate to the dismissal of all claims and counterclaims in the action, with prejudice, and without imposing costs or fees.

1

Dated this 25th day of February, 2025.

| | |
|---|---|
| */s/Thomas Wm. Arbon* | */s/Hunter Van Asten* |
| Ben C. Martin | Amanda Sotak |
| State Bar No. 13052400 | State Bar No. 24037530 |
| Thomas Wm. Arbon | amanda.sotak@figdav.com |
| State Bar No. 01684275 | FIGARI + DAVENPORT, LLP |
| Ben Martin Law Group | 901 Main Street, Suite 3400 |
| 3141 Hood Street, Suite 600 | Dallas, Texas 75202 |
| Dallas, Texas 75219 | (214) 939-2000 |
| (214) 761-6614 (telephone) | (214) 939-2090 (Fax) |
| (214) 744-7590 (facsimile) | *-and-* |
| bmartin@bencmartin.com | Paul F. Heaton (*Pro Hac Vice*) |
| tarbon@bencmartin.com | pheaton@gklaw.com |

/s/Thomas Wm. Arbon
Ben C. Martin
State Bar No. 13052400
Thomas Wm. Arbon
State Bar No. 01684275
Ben Martin Law Group
3141 Hood Street, Suite 600
Dallas, Texas 75219
(214) 761-6614 (telephone)
(214) 744-7590 (facsimile)
bmartin@bencmartin.com
tarbon@bencmartin.com

and

Law Office of Scott A. Barber

Scott A. Barber
State Bar No. 01710050
636 N. Highway 67
Cedar Hill, Texas 75104
Dallas, Texas 75231
(972) 291-6700 (phone)
(972) 291-1984 (facsimile)
scottbarberlaw@verizon.net

**ATTORNEYS FOR JAMIE LOPEZ**

/s/Hunter Van Asten
Amanda Sotak
State Bar No. 24037530
amanda.sotak@figdav.com
FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (Fax)
*-and-*
Paul F. Heaton (*Pro Hac Vice*)
pheaton@gklaw.com
Hunter Van Asten (*Pro Hac Vice*)
hvanasten@gklaw.com
GODFREY & KAHN, S.C.
833 E. Michigan St., Ste. 1800
Milwaukee, WI 53202
(414) 273-3500
(414) 273-5198 (Fax)

**ATTORNEYS FOR NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE and BESTOW AGENCY, LLC**

2

32479870.2